Application Granted

Valerie Figueredo, U.S.M.J.
DATED: 11-10-2026

November 9, 2026

COZEN O'CONNOR

**Sarah Krissoff**
Shareholder
Direct Phone 212-908-1388
Direct Fax 646-225-5128
skrissoff@cozen.com

Hon. Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Rm. 17A
New York, NY 10007-1312

**Re: *United States v. Milberg, et al.* (1:26-mj-03291-UA) – Request that Location Monitoring Be Removed From Bail Conditions**

Dear Judge Figueredo:

I am counsel for Defendant Christian Kerekes ("Mr. Kerekes") in *United States v. Milberg, et al.* (1:26-mj-03291-UA), and I am writing to respectfully request that the Court modify Mr. Kerekes's bail conditions to remove location monitoring and the associated ankle monitor. Both Evelyn Alvayero from U.S. Pretrial Services for the Southern District of New York and Assistant United States Attorney Kevin Grossinger consent to this proposed change to Mr. Kerekes' bail conditions.

Mr. Kerekes was arrested on August 12, 2026, and a Complaint (26 MAG 3291) was filed the next day, on August 13, 2026. Complaint, ECF No. 1. That same day, Mr. Kerekes made his initial appearance before Your Honor. At the request of the Government, you ordered that, as part of Mr. Kerekes' bail conditions, he would be subject to location monitoring and required to wear an ankle monitor. *See* Minute Entry for Mr. Kerekes' Initial Appearance, ECF No. 12. At that appearance, Your Honor indicated that you would be willing to consider removal of the location monitoring at a later date, should Mr. Kerekes be compliant with his bail conditions. Pretrial did not request the imposition of location monitoring in its initial report for Mr. Kerekes.

Mr. Kerekes is fully compliant with his bail conditions and is doing well on pre-trial release. Since that initial appearance, three Orders to Continue in the Interest of Justice were filed as to all four defendants in this case. The first was filed on September 8, 2026, and extended the deadline to conduct a preliminary hearing or secure an indictment until October 11, 2026. First Order to Continue, ECF No. 14. The second was filed on October 6, 2026 and extended the deadline further to November 10, 2026. Second Order to Continue, ECF No. 16. The third and most recent was filed on November 6, 2026 and extends the deadline to December 10, 2026. Third Order to Continue, ECF No. 21.

With the consent of Pretrial Services and the U.S. Attorney's Office, we are accordingly respectfully requesting that Your Honor modify Mr. Kerekes' bail conditions to remove any location monitoring. The location monitoring provisions of his bail conditions, particularly the ankle monitor, make it difficult for him to secure and maintain employment in the food and beverage industry, especially when it comes to any customer-facing roles. Furthermore, the location monitoring has relatively limited utility when he is performing his other job as a food delivery person, as that job necessarily requires frequent movement.

Thank you for your consideration of this matter.

Sincerely,

COZEN O'CONNOR



By: Sarah Krissoff

Cc:

Kevin Grossinger (via ECF and E-mail)
U.S. ATTORNEY'S OFFICE, SDNY
26 FEDERAL PLAZA, STE 3717
New York, NY 10278
212-637-2426
kevin.grossinger@usdoj.gov

Evelyn Alvayero (via E-mail)
Intensive Supervision Officer
U.S. Pretrial Services
Southern District of New York
917-416-9278
Evelyn_Alvayero@nyspt.uscourts.gov